# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOSAID TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR, L.P.<br><br>Defendants. | Civil Action No. 01-4340 (WJM)<br>*District of New Jersey*<br><br><br>*CONSOLIDATED WITH* |
| INFINEON TECHNOLOGIES NORTH<br>AMERICA CORP.<br><br>Plaintiff,<br><br>v.<br><br>MOSAID TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 02-5722 (JF/RS)<br>***Northern District of California*** |
| MOSAID TECHNOLOGIES INCORPORATED,<br><br>Counterclaimant,<br><br>v.<br><br>INFINEON TECHNOLOGIES NORTH<br>AMERICA CORP.,<br><br>INFINEON TECHNOLOGIES AG,<br><br>INFINEON TECHNOLOGIES HOLDING<br>NORTH AMERICA CORP., and<br><br>INFINEON TECHNOLOGIES RICHMOND LP,<br><br>Counterdefendants. | **NOTICE OF MOTION** |

TO: Robert A. White, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey 08540

Thomas R. Curtin, Esq.
Graham, Curtin & Sheridan
4 Headquarters Plaza
Morristown, NJ 07962-1991

**PLEASE TAKE NOTICE** that on April 26, 2004 at 9:00 a.m, in accordance with Judge Hedges' rulings during the March 18, 2004 Status Conference, counsel for Plaintiff, MOSAID Technologies Incorporated ("MOSAID"), shall move the Honorable Ronald J. Hedges, U.S.M.J., at the United States District Court for the District of New Jersey, M.L. King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey, for an Order for sanctions against Defendants, Samsung Electronics Co., LTD., Samsung Electronics America, Inc., Samsung Semiconductor, Inc. and Samsung Austing Semiconductor, L.P. ("Samsung") pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2) and the inherent powers of the Court.

**PLEASE TAKE FURTHER NOTICE** that MOSAID will rely upon the submitted Brief and the supporting Declarations of Dr. Laurence Nagel, Scott W. Burt, and supporting Certifications of Robert Lindefjeld, and Agnes Antonian. A proposed form of Order is also submitted.

Dated: April 5, 2004

By: _____
Liza M. Walsh (4095)
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

Robert C. Kahrl
James L. Wamsley, III
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Plaintiff
MOSAID Technologies Incorporated